MELISSA E. AUSTIN, as Administratrix of the Estate of
CHARLES AUSTIN, Deceased, Respondent, *v.* NEW YORK
CENTRAL RAILROAD COMPANY, Appellant.

(Argued October 18, 1932; decided November 22, 1932.)

*K. O. Mott-Smith* and *Clive C. Handy* for appellant.
*Charles D. Lewis* and *John Ambrose Goodwin* for
respondent.

Judgment of the Appellate Division and that of the
Trial Term reversed, and new trial granted, with costs
to abide the event, on the authority of *Chesapeake & Ohio
Railway Co.* v. *Nixon* (271 U. S. 218). No opinion.

Concur: POUND, Ch. J., LEHMAN, HUBBS and CROUCH,
JJ. Dissenting: CRANE, KELLOGG and O'BRIEN, JJ.